# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CHIMBORAZO-BUNAY, | Case No. 1:26-cv-00757-KES-EPG-HC |
| Petitioners, | ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO THE PETITION |
| v. | |
| TONYA ANDREWS, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 2, 2026, the Court ordered Respondents to file a response to the petition within thirty days. (ECF No. 6.) To date, no response has been filed.

The Court will grant a single *sua sponte* extension. Respondents are DIRECTED to file a response to the petition on or before March 12, 2026.

IT IS SO ORDERED.

Dated:   **March 5, 2026**                     /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE