# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CHIMBORAZO-BUNAY, | Case No. 1:26-cv-00757-KES-EPG-HC |
| Petitioners, | ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| TONYA ANDREWS, | (ECF No. 12) |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has moved for appointment of counsel. (ECF No. 12.)

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

On March 9, 2026, the undersigned issued findings and recommendation to grant the petition and order Petitioner's immediate release. (ECF No. 11.) In light of the findings and

recommendation, the Court finds that the interests of justice do not require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated:   **March 11, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE